# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

IN RE:

    Edward-Joseph: Gremo
    Susan-Marie: Gremo

                                Case No. 12-05502
                                Hon: Judge: Eugene R. Wedoff
                                CHAPTER 11

                Debtor
          Defined as Creditor

_____

### Notice of Motion and Certificate of Service

**To: see attached service list.**

      Please take notice that on September 12, 2012 at 9:30am or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Eugene R. Wedoff, in room 744 the courtroom usually occupied by said judge, in the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois 60604.

### Proof of Service

The undersigned does hereby certify that a copy of this notice and Motion to Set **MOTION for Installment for Chapter 11 Filing Fee's** was mailed, hand delivered, faxed, or electronically delivered to the above persons (see attached list) at their respective addresses on or before September 5, 2012.

*Susan-Marie: Gremo* (signature)
*Edward-Joseph: Gremo* (signature)

Edward-Joseph: Gremo
Susan-Marie: Gremo

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

IN RE;

    Edward –Joseph Gremo
    Susan-Marie: Gremo

            Debtor
      Defined as creditor

Vs

Stephen G Wolfe

Office of the U.S. Trustee

Case No. 12-05502

Hon: Judge: Eugene R. Wedoff

Chapter 11

September 12, 2012
Time: 9:30am.

Place: 219 South Dearborn, Room 744
Chicago Illinois 60604

---

### Motion for Edward-Joseph: Gremo & Susan-Marie: Gremo Debtor in Possessions MOTION for Installment for Chapter 11 Filing Fee's

Now comes Edward-Joseph & Susan-Marie: Gremo, Debtor in Possession Motions the Honorable court to set payment schedule for the remaining balance of the Chapter 11 Filing Fee's.

Starting on September 18, 2012 (First Payment of 4) Debtor in Possession request that the remaining balance of $765.00 be spread out over 4 payments with a monthly payment of $191.25 starting on September 18, 2012 and each payment thereafter to be made on the 18th of each month.

Date: September 8, 2012

                              **Respectfully Submitted**
                              Edward-Joseph: Gremo & Susan-Marie: Gremo

                              *Susan- Marie: Gremo*

                              Edward-Joseph: Gremo & Susan-Marie: Gremo
                              2724 Plante Road
                              North Aurora, Illinos 60542

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by U.S. Mail, hand delivered, faxed, or e-mailed to:

Stephen G Wolfe, Attorney
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604

*Susan-Marie Gremo*
*Edward Gremo*
Edward-Joseph: Gremo & Susan-Marie: Gremo
2724 Plante Road
North Aurora Illinois [60542]